UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 11-1535-JST (MLGx)            Date: November 1, 2011

Title: Western Finance & Lease, Inc. v. James Chiang, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Nancy Boehme | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                               Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: NOTICE OF INTERESTED PARTIES**

       Local Rule 7.1-1 requires that "counsel for all non-governmental parties shall file with their first appearance an original and two copies of a Notice of Interested Parties which shall list all persons, associations of persons, firms, partnerships and corporations (including parent corporations clearly identified as such) which may have a pecuniary interest in the outcome of the case, including any insurance carrier which may be liable in whole or in part (directly or indirectly) for a judgment that may be entered in the action or for the cost of defense." Plaintiff has failed to file a Local Rule 7.1-1 certification.

       Plaintiff shall submit a Notice of Interested Parties no later than **November 14, 2011**. Failure to do so may result in dismissal of this action.

                                                    Initials of Preparer: nkb